ACCEPTED
14-14-00666-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 12:02:15 AM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00666-CV**

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 12:02:15 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOURTEENTH JUDICIAL DISTRICT
HOUSTON, TEXAS

_____

MARK THUESEN,

*Appellant,*

V.

AMERISURE INSURANCE COMPANY, SWAMPLOT INDUSTRIES LLC,
LAURENCE DAVID ALBERT AND BETH ANNE BRINSDON,

*Appellees,*

_____

On Appeal from the 151st Judicial District Court, Harris County, Texas
Trial Court Cause Number 2012-49262

_____

**APPELLANT'S THIRD MOTION
FOR EXTENSION FOR TIME TO FILE BRIEF**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

1. On November 20, 2014, the Court granted *Appellant's Motion for Extension for Time to File Brief and Compel Supplement to Clerk's Record.* The time was extended to and including Monday, December 29, 2014. Appellant needed additional time because the clerk had not filed the complete record. On December 12, 2014, 22 days after the Court ordered the clerk to file a supplemental clerk's record, the clerk filed the supplemental record. For this

reason, the Court granted Appellant a second extension of time to Wednesday, January 28, 2015.

2. Appellant's brief is currently due on January 28, 2015. Pursuant to Tex. R. App. P. 38.6(d) and 10.5(b)(1), Appellant respectfully requests a thirty-day extension of time to file his brief because Appellant experienced an electrical power surge that caused Appellant's Brief in electronic file format to become corrupted. Appellant has recovered an earlier saved version, however Appellant will have to recreate the index of authorities that was not saved before the electrical power surge. Appellant could not reasonably complete his brief before the current deadline in twenty-four hours.

3. Appellant contacted appellee's counsel for a response to this motion, however appellee's counsel did not respond to appellant.

4. Two prior extensions were requested and granted.

### PRAYER

5. For these reasons, Appellant respectfully requests the Court to (1) GRANT his *Appellant's Third Motion for Extension for Time to File Brief*, and (2) GRANT Appellant a thirty-day extension to file his Appellant's brief, and (3) Appellant further requests any and all other relief to which he is entitled.

Respectfully submitted,

/s/ Mark Thuesen_____

Mark Thuesen, *Pro se*

P.O. BOX 540365

Houston, Texas 77254

Telephone: (585) 300-5793

Email: xtraderweb@hotmail.com

*Pro se* for Appellant

## CERTIFICATE OF CONFERENCE

Appellant has conferred with Appellee's counsel regarding this motion, however Appellee did not respond.

/s/ Mark Thuesen_____

Mark Thuesen, *Pro se*

# CERTIFICATE OF SERVICE

As required by Tex. R. App. P. 6.3 and 9.5(b)(1), (d), (e), I hereby certify that the foregoing document has been filed in the office of the Clerk of the First Court of Appeals and a true and correct copy of the same has been provided to counsel listed below by the electronic filing manager on this 27th day of January, 2015. As a courtesy, I also sent to the legal counsel listed below an electronic mail notification with Appellant's motion attached in a PDF format.

**Attorneys for Appellee Swamplot Industries LLC, Albert and Brinsdon**:
James A. Hemphill
Matthew B. Baumgartner
**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**
401 Congress Ave., Suite 2200
Austin, Texas 78701
Telephone: 512-480-5762
Facsimile: 512-536-9907
Email for Jim Hemphill: jhemphill@gdhm.com
Email for Matt Baumgartner: mbaumgartner@gdhm.com

/s/ Mark Thuesen_____
Mark Thuesen, *Pro se*